THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | | |
|---|---|---|---|
| DANNY GREEN, | : | | |
| | : | | |
| Petitioner, | : | | |
| | : | CASE NO. | 5:09-CV-90053 (CAR) |
| v. | : | | 28 U.S.C. § 2255 |
| | : | | 5:97-CR-74 |
| UNITED STATES OF AMERICA, | : | | |
| | : | | |
| Respondent. | : | | |
| | : | | |

*ORDER ON REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc.413] that Petitioner Jones' Motion To Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Doc. 411] be dismissed without prejudice to permit him to make application to the United States Court of Appeals for the Eleventh Circuit for authorization to proceed upon a second or successive petition.. Having carefully considered the matter, the Court accepts and adopts the findings and conclusions of the Magistrate Judge. The Recommendation is thus **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 22nd day of June, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

jlr