IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DANNY GREENE, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 5:97-cr-74 (CAR) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | Proceedings under 28 U.S.C. § 2255 |
| Respondent. | : | Before the U.S. Magistrate Judge |
| | : | |

## RECOMMENDATION

Before the Court is Petitioner Danny Greene's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. Doc. 484. After reviewing Petitioner's motion pursuant to Rule 4 of the RULES GOVERNING SECTION 2255 PROCEEDINGS, it appears that Petitioner's motion must be dismissed as successive.

According to Petitioner's motion and the record in the case, Petitioner has previously filed three unsuccessful Section 2255 motions. Id. at 3-4; Docs. 307, 349, 411. Although Petitioner was resentenced in 2008 pursuant to 18 U.S.C. § 3582 and Sentencing Guideline Amendment 706, Petitioner continues to address issues related his original conviction and sentencing.[1] As such, the instant motion would be a successive Section 2255 motion. In accordance with 28 U.S.C. § 2255(h), this Court's consideration of the instant motion is precluded absent prior authorization by the Eleventh Circuit. As there is nothing in the record to indicate that any such authorization has been given, it is **RECOMMENDED** that the motion be **DISMISSED**.

---

[1] Petitioner filed his first two 2255 motions prior to his sentence reduction. Petitioner filed his third 2255 motion after his sentence reduction.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this **RECOMMENDATION** with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO RECOMMENDED**, this 2nd day of August, 2013.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge
