IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DANNY GREEN, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | No. 5:97-cr-00074 (CAR) |
| | : | No. 5:13-cv-90180 (CAR) |
| UNITED STATES OF AMERICA, | : | |
| | : | Proceedings Under 28 U.S.C. § 2255 |
| Respondent. | : | Before the U.S. Magistrate Judge |
| _____ | : | |

### RECOMMENDATION

Before the Court is Petitioner Danny Green's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. Doc. 493. Upon preliminary review pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings, it appears that the instant Motion must be dismissed as successive.

Review of the docket in this case establishes that Petitioner previously filed four unsuccessful Section 2255 Motions. Docs. 307, 349, 411, 484. In addition, review of Petitioner's Motion establishes that the instant Motion is identical to the fourth unsuccessful Section 2255 Motion that Petitioner filed on July 26, 2013 and that the Court dismissed on September 3, 2013. Docs. 484, 491, 493. As such, Petitioner's Motion plainly is a successive Section 2255 Motion.

Under 28 U.S.C. § 2255(h), the Court's consideration of Petitioner's Motion is precluded absent prior authorization by the Eleventh Circuit. Further, as the Court previously explained to Petitioner, the Supreme Court in <u>Alleyne v. United States</u> "never said that its new rule applies retroactively on collateral attack," and therefore, this Court cannot authorize a successive collateral attack based on 28 U.S.C. § 2255(h)(2) absent prior authorization from the Eleventh Circuit. Doc. 491. Because nothing in the record here indicates that Petitioner sought and

received prior authorization from the Eleventh Circuit, it is hereby **RECOMMENDED** that Petitioner's most recent Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 493) be **DISMISSED**.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this **RECOMMENDATION** with the District Judge to whom this case is assigned **within fourteen (14) days** after being served with a copy thereof.

**SO RECOMMENDED**, this 12th day of September, 2013.

                                                     s/ Charles H. Weigle
                                                   Charles H. Weigle
                                                   United States Magistrate Judge